# (April 19, 1973)

■ JUDITH FREEDMAN, Respondent-Appellant, v. DAVID FREEDMAN, Appellant-Respondent.— Judgment, Supreme Court, New York County, entered on November 27, 1972, unanimously modified, on the law and the facts, to the extent of reducing the award of counsel fees to $1,500, and otherwise affirmed, without costs and without disbursements. On the present record, the award of additional counsel fees was excessive to the extent indicated. Concur — Markewich, J. P., Nunez, Murphy, Tilzer and Capozzoli, JJ.

■ In the Matter of OSCAR W. MALLORY, Petitioner, v. NEW YORK STATE HUMAN RIGHTS APPEAL BOARD, Respondent.— Determination of the State Human Rights Appeal Board, dated February 6, 1973, unanimously confirmed, without costs and without disbursements, and the petition dismissed. The cross motion to dismiss the proceeding is denied. No opinion. Concur — Stevens, P. J., Nunez, Kupferman, Murphy and Lane, JJ.

■ In the Matter of JOHN A. LANE, Petitioner, v. NEW YORK STATE DIVISION OF HUMAN RIGHTS et al., Respondents.— Cross motion granted and the proceeding dismissed as untimely, without costs and without disbursements. If the court were not dismissing the proceeding, it would confirm the determination of the respondent State Division of Human Rights. No opinion. Concur — Stevens, P. J., Nunez, Kupferman, Murphy and Lane, JJ.

■ BENJAMIN SCHENCK, as Superintendent of Insurance of the State of New York, and as Liquidator of Citizens Casualty Company of New York, Respondent, v. MARIO BIAGGI, Appellant, and MILTON ALTSCHUL et al., Defendants.— Order, Supreme Court, New York County, entered on December 6, 1972, unanimously affirmed on opinion of Murtagh, J., at Special Term, and that the respondent recover of the appellant $60 costs and disbursements of this appeal. No opinion. Concur — Markewich, J. P., Nunez, Lane and Tilzer, JJ.

■ In the Matter of C. JAMES LOMBARDI, JR., Petitioner, v. SUPREME COURT OF THE STATE OF NEW YORK et al., Respondents.— Application of petitioner denied, the cross motions granted, and the petition dismissed, without costs and without disbursements. No opinion. Concur — Nunez, J. P., Murphy, Tilzer and Capozzoli, JJ.